United States District Court
Southern District of Texas
**ENTERED**
February 20, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| DONNA L. KEATON, § § § § § § § § § § § | |
| Plaintiff. | |
| V. | CIVIL ACTION NO. 3:22-cv-00172 |
| COMMUNITY LOAN SERVICING, LLC, | |
| Defendant. | |

# **FINAL JUDGMENT**

Pursuant to the Court's Opinion and Order entered today, Plaintiff's claims against Defendant are dismissed with prejudice. Judgment is awarded in favor of Defendant on its counterclaims for breach of contract and non-judicial foreclosure. Defendant has the right to foreclose on the property at 2223 Avenue K, Galveston, Texas 77550.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 20th day of February 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE